IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LETISHEA WAGGONNER, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:09-00198 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| AT&T, INCORPORATED and | ) | |
| FRANK MAYBERRY, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is the Defendant Frank Mayberry's motion to dismiss (Docket Entry No. 6), contending that Plaintiff's state law battery claim is time-barred and that Plaintiff cannot seek individual liability under Title VII. 42 U.S.C. § 2000e, et seq. Wathen v. GE, 115 F.3d 400, 405 (6th Cir. 1997). ("We now hold that an individual employee/supervisor, who does not otherwise qualify as an 'employer,' may not be held personally liable under Title VII.")

Based upon Wathen, Plaintiff's Title VII claim against Defendant Mayberry is **DISMISSED** and to that extent, Defendant Mayberry's motion to dismiss is **GRANTED**. The Court **DECLINES** to exercise the Court's supplemental jurisdiction over Plaintiff's state law claim that is **DISMISSED without prejudice** to be pursued in the state court.

It is so **ORDERED**.

ENTERED this the _9th_ day of September, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge