IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LETISHEA WAGGONNER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:09-0198 |
| | ) Judge: William J. Haynes, Jr. |
| BELLSOUTH TELECOMMUNICATIONS, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT'S MOTION TO COMPEL
### PLAINTIFF TO RESPOND TO DEFENDANT'S FIRST
### REQUEST FOR PRODUCTON OF DOCUMENTS AND THINGS
### TO PLAINTIFF AND FOR SANCTIONS

Despite multiple requests, Plaintiff has steadfastly refused to provide any response at all to Defendant's First Request for Production and Things to Plaintiff. She has also failed to reply to Defendant's Request for Admission. Consequently, Defendant BellSouth Telecommunications, Inc. ("Defendant") must now file this Motion to Compel Plaintiff to Respond to the Requests for Production and to seek sanctions.

### I. STATEMENT OF FACTS

In an attempt to discern the factual bases for Plaintiff's claims, on December 30, 2009, Defendant served written discovery, via United States mail, on Plaintiff. (Copies of those discovery requests are attached at Exhibit A.) At the same time, Defendant served Requests for Admission.

Giving Plaintiff the benefit of the doubt, Defendant gave Plaintiff ample time to respond, yet received nothing. Thus, on February 11, 2010, counsel for Defendant contacted Plaintiff via letter (copy of letter attached as Exhibit B) requesting that the responses be provided no later